MARTIN J. MCCUE, (# 018849)
PATRICK F. KEERY, (# 030971)

**KEERY MCCUE, PLLC**
6803 EAST MAIN STREET, SUITE 1116
SCOTTSDALE, AZ 85251
TEL. (480) 478-0709
FAX (480) 478-0787
MJM@KEERYMCCUE.COM
PFK@KEERYMCCUE.COM
*PROPOSED ATTORNEYS FOR DEBTOR*

**SO ORDERED.**

Dated: December 7, 2018

_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**HUFFERMEN, INC.**<br><br>Debtor. | Case No. 2:18-bk-14369-MCW<br><br>Chapter 11<br><br>**ORDER: (A) AUTHORIZING PAYMENT OF UNPAID PRE-PETITION WAGES, SALARIES, REIMBURSEMENT OF EXPENSES AND EMPLOYEE BENEFITS; AND (B) DIRECTING ALL BANKS TO HONOR PRE-PETITION CHECKS FOR PAYMENT OF PRE-PETITION EMPLOYEE OBLIGATIONS**<br><br>**Relates to Dkt. No. 23** |

This matter having come before the Court on Huffermen, Inc.'s ("**Debtor**") Emergency Motion for an Order (a) authorizing the Debtor to pay unpaid pre-petition wages, salaries, reimbursement of expenses and employee benefits; and (b) directing all banks to honor pre-petition checks for payment of such pre-petition employee obligations (the "**Motion**"), and

The Court being duly advised,

**IT IS HEREBY ORDERED** granting the Motion to Pay Pre-Petition wages, taxes and benefits of non-Debtor employees as listed in **Exhibit "A"** attached hereto;

-1-

ORDER: (A) AUTHORIZING PAYMENT OF UNPAID PRE-PETITION WAGES, SALARIES, REIMBURSEMENT OF EXPENSES AND EMPLOYEE BENEFITS; AND (B) DIRECTING ALL BANKS TO HONOR PRE-PETITION CHECKS FOR PAYMENT OF PRE-PETITION EMPLOYEE OBLIGATIONS

Case 2:18-bk-14369-MCW    Doc 46    Filed 12/07/18    Entered 12/07/18 11:23:57    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | |
| 2 | **IT IS FURTHER ORDERED** that this Order does not include pre-petition vacation or sick pay earned by non-Debtor employees; |
| 3 | |
| 4 | **IT IS FURTHER ORDERED** that the Debtor shall immediately provide a copy of this Order and Notice of such hearing to the United States Trustee, the creditor or creditors claiming an interest in "cash collateral", and the Debtors' creditors as listed on the Master Mailing Matrix on file with the Court. |

-2-
ORDER: (A) AUTHORIZING PAYMENT OF UNPAID PRE-PETITION WAGES, SALARIES, REIMBURSEMENT OF EXPENSES AND EMPLOYEE BENEFITS; AND (B) DIRECTING ALL BANKS TO HONOR PRE-PETITION CHECKS FOR PAYMENT OF PRE-PETITION EMPLOYEE OBLIGATIONS

Case 2:18-bk-14369-MCW    Doc 46    Filed 12/07/18    Entered 12/07/18 11:23:57    Desc
Main Document    Page 2 of 2