# EXHIBIT "A"

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| **Pay Frequency:** | | | | | | | | | |
| **Department: 1 - 1 ASSEMBLY** | | | | | | | | | |
| 12/07/2018 | HERNANDEZ, ROSA | 74.00 | 777.00 | 97.22 | 0.00 | 679.78 | 16356 | 59.44 | 836.44 |
| 12/07/2018 | HERNANDEZ-ORTEGA, YISELA | 64.25 | 674.63 | 57.01 | 0.00 | 617.62 | 16357 | 51.61 | 726.24 |
| 12/07/2018 | MARTINEZ, CELIA | 79.25 | 832.13 | 135.75 | 0.00 | 696.38 | 16358 | 63.66 | 895.79 |
| 12/07/2018 | RAMOS, DANIEL | 63.00 | 661.50 | 55.89 | 0.00 | 605.61 | 16359 | 50.60 | 712.10 |
| 12/07/2018 | SOTO-LOPEZ, CIRA | 98.75 | 1,086.25 | 189.45 | 0.00 | 896.80 | 16360 | 83.10 | 1,169.35 |
| Department Totals: 1 - 1 ASSEMBLY | | 379.25 | $4,031.51 | $535.32 | $0.00 | $3,496.19 | | $308.41 | $4,339.92 |
| Total Net Pays for 1 - 1 ASSEMBLY: 5 | | | | | | | | | |
| **Department: 10 - 1 BLOW MOLD** | | | | | | | | | |
| 12/07/2018 | MARTINEZ MUNOZ, MARIA | 94.75 | 1,089.63 | 122.97 | 0.00 | 966.66 | 16361 | 83.36 | 1,172.99 |
| Department Totals: 10 - 1 BLOW MOLD | | 94.75 | $1,089.63 | $122.97 | $0.00 | $966.66 | | $83.36 | $1,172.99 |
| Total Net Pays for 10 - 1 BLOW MOLD: 1 | | | | | | | | | |
| **Department: 12 - 1 PET** | | | | | | | | | |
| 12/07/2018 | LUNA BERMUDEZ, PASCUAL | 81.25 | 853.13 | 72.09 | 0.00 | 781.04 | 16362 | 65.26 | 918.39 |
| Department Totals: 12 - 1 PET | | 81.25 | $853.13 | $72.09 | $0.00 | $781.04 | | $65.26 | $918.39 |
| Total Net Pays for 12 - 1 PET: 1 | | | | | | | | | |
| **Department: 13 - 1 PRINTER** | | | | | | | | | |
| 12/07/2018 | ALEMAN, ISABEL | 84.30 | 885.15 | 74.80 | 0.00 | 810.35 | 16363 | 67.71 | 952.86 |
| 12/07/2018 | GONZALEZ, MARIA | 56.00 | 630.00 | 53.24 | 0.00 | 576.76 | 16364 | 48.20 | 678.20 |
| 12/07/2018 | HERNANDEZ, AURA | 64.75 | 679.88 | 118.03 | 0.00 | 561.85 | 16365 | 52.01 | 731.89 |
| 12/07/2018 | HUSLLOIMEA, NAVI | 76.50 | 803.25 | 139.87 | 0.00 | 663.38 | 16366 | 61.45 | 864.70 |
| 12/07/2018 | ISAIS, LETICIA | 64.50 | 709.50 | 63.50 | 0.00 | 646.00 | 16367 | 54.28 | 763.78 |
| 12/07/2018 | JACQUEZ, MARIA | 65.50 | 687.75 | 84.17 | 0.00 | 603.58 | 16368 | 52.61 | 740.36 |
| 12/07/2018 | ORTEGA-HERNANDEZ, AMERICA | 57.92 | 724.00 | 64.78 | 0.00 | 659.22 | 16369 | 55.39 | 779.39 |
| 12/07/2018 | PORTILLO, DIONICIO | 72.00 | 756.00 | 67.66 | 0.00 | 688.34 | 16370 | 57.83 | 813.83 |
| Department Totals: 13 - 1 PRINTER | | 541.47 | $5,875.53 | $666.05 | $0.00 | $5,209.48 | | $449.48 | $6,325.01 |
| Total Net Pays for 13 - 1 PRINTER: 8 | | | | | | | | | |
| **Department: 14 - 1 SCREENS** | | | | | | | | | |
| 12/07/2018 | GRAHAM, ALEXIS | 71.50 | 786.50 | 82.99 | 0.00 | 703.51 | 16371 | 60.16 | 846.66 |
| Department Totals: 14 - 1 SCREENS | | 71.50 | $786.50 | $82.99 | $0.00 | $703.51 | | $60.16 | $846.66 |
| Total Net Pays for 14 - 1 SCREENS: 1 | | | | | | | | | |
| **Department: 15 - 1 SHIPPING** | | | | | | | | | |
| 12/07/2018 | WILSON, DOUG E | 66.25 | 977.19 | 227.46 | 0.00 | 749.73 | 16372 | 74.76 | 1,051.95 |
| Department Totals: 15 - 1 SHIPPING | | 66.25 | $977.19 | $227.46 | $0.00 | $749.73 | | $74.76 | $1,051.95 |
| Total Net Pays for 15 - 1 SHIPPING: 1 | | | | | | | | | |
| **Department: 16 - 2 ASSEMBLY** | | | | | | | | | |
| 12/07/2018 | BARRERA, MARLENE | 53.75 | 564.38 | 53.33 | 0.00 | 511.05 | 16373 | 43.17 | 607.55 |
| 12/07/2018 | BELTRAN, JORGE | 70.25 | 820.81 | 130.89 | 0.00 | 689.92 | 16374 | 62.79 | 883.60 |
| 12/07/2018 | BERMUDEZ, MARTHA | 64.00 | 672.00 | 75.33 | 0.00 | 596.67 | 16375 | 51.40 | 723.40 |
| 12/07/2018 | SOTO-LOPEZ, MIRIAM | 55.00 | 577.50 | 51.68 | 0.00 | 525.82 | 16376 | 44.18 | 621.68 |
| Department Totals: 16 - 2 ASSEMBLY | | 243.00 | $2,634.69 | $311.23 | $0.00 | $2,323.46 | | $201.54 | $2,836.23 |
| Total Net Pays for 16 - 2 ASSEMBLY: 4 | | | | | | | | | |
| **Department: 17 - 2 BLOW MOLD** | | | | | | | | | |
| 12/07/2018 | AYALA, ESTHER | 64.00 | 672.00 | 56.79 | 0.00 | 615.21 | 16377 | 51.40 | 723.40 |
| 12/07/2018 | RAMIREZ, JUAN | 18.25 | 255.50 | 26.45 | 0.00 | 229.05 | 16378 | 19.54 | 275.04 |

Company: HUFFERMEN INC  
Check date: 12/7/2018 - Payroll 1  
Pay Period: 11/18/2018 to: 12/01/2018

1 of 2

Date Printed: 12/06/2018 16:54  
21405623 - RQ/44M

Case 2:18-bk-14369-MCW    Doc 46-1    Filed 12/07/18    Entered 12/07/18 11:23:57    Desc  
Exhibit A - Dec 7 2018 Payroll    Page 2 of 3

## Payroll Summary

| Check Date | Name | Hours | Total Paid | Tax Withheld | Deductions | Net Pay | Check No | Employer Liability | Total Expense |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/2018 | RODRIGUEZ, MIRIAM | 63.00 | 661.50 | 55.89 | 0.00 | 605.61 | 16379 | 50.60 | 712.10 |
| Department Totals: 17 - 2 BLOW MOLD | | 145.25 | $1,589.00 | $139.13 | $0.00 | $1,449.87 | | $121.54 | $1,710.54 |
| Total Net Pays for 17 - 2 BLOW MOLD: 3 | | | | | | | | | |
| 12/07/2018 | MARTINEZ, ANGELA | 53.50 | 561.75 | 59.22 | 0.00 | 502.53 | 16380 | 42.98 | 604.73 |
| Department Totals: 19 - 2 PRINTER | | 53.50 | $561.75 | $59.22 | $0.00 | $502.53 | | $42.98 | $604.73 |
| Total Net Pays for 19 - 2 PRINTER: 1 | | | | | | | | | |
| 12/07/2018 | FUENTES, ASHLEY | 70.00 | 735.00 | 103.42 | 0.00 | 631.58 | 16381 | 56.23 | 791.23 |
| Department Totals: 23 - 3 PET | | 70.00 | $735.00 | $103.42 | $0.00 | $631.58 | | $56.23 | $791.23 |
| Total Net Pays for 23 - 3 PET: 1 | | | | | | | | | |
| 12/07/2018 | LOSOYA, ARTURO | 81.00 | 850.50 | 84.82 | 0.00 | 765.68 | 16382 | 65.06 | 915.56 |
| 12/07/2018 | SANDOVAL, GABRIELA | 20.50 | 215.25 | 18.18 | 0.00 | 197.07 | 16383 | 16.47 | 231.72 |
| Department Totals: 3 - 3 BLOW MOLD | | 101.50 | $1,065.75 | $103.00 | $0.00 | $962.75 | | $81.53 | $1,147.28 |
| Total Net Pays for 3 - 3 BLOW MOLD: 2 | | | | | | | | | |
| 12/07/2018 | GRAHAM, RUBEN | 77.50 | 1,162.50 | 98.22 | 0.00 | 1,064.28 | 16384 | 88.94 | 1,251.44 |
| Department Totals: 4 - MAINTENANCE | | 77.50 | $1,162.50 | $98.22 | $0.00 | $1,064.28 | | $88.94 | $1,251.44 |
| Total Net Pays for 4 - MAINTENANCE: 1 | | | | | | | | | |
| 12/07/2018 | HILL, CASEY | 76.50 | 1,366.70 | 313.86 | 0.00 | 1,052.84 | 16385 | 104.56 | 1,471.26 |
| 12/07/2018 | HOFFMAN, MELISSA M | 0.00 | 1,692.31 | 237.57 | 0.00 | 1,454.74 | 16386 | 129.46 | 1,821.77 |
| Department Totals: 6 - OFFICE ADMIN | | 76.50 | $3,059.01 | $551.43 | $0.00 | $2,507.58 | | $234.02 | $3,293.03 |
| Total Net Pays for 6 - OFFICE ADMIN: 2 | | | | | | | | | |
| 12/07/2018 | LOPEZ, ALBERTO | 66.02 | 1,089.34 | 112.40 | 0.00 | 976.94 | 16387 | 83.34 | 1,172.68 |
| 12/07/2018 | MARTINEZ, JESUS | 68.25 | 1,092.00 | 145.86 | 0.00 | 946.14 | 16388 | 83.53 | 1,175.53 |
| 12/07/2018 | STEPHAN, DALLAS | 36.25 | 525.63 | 66.80 | 229.42 | 229.41 | 16389 | 40.21 | 565.84 |
| Department Totals: 7 - PRODUCTION ADMIN | | 170.52 | $2,706.97 | $325.06 | $229.42 | $2,152.49 | | $207.08 | $2,914.05 |
| Total Net Pays for 7 - PRODUCTION ADMIN: 3 | | | | | | | | | |
| 12/07/2018 | WI SCTF | | | | 229.42 | 229.42 | 16390 | | |
| Payment Check Totals: | | | | | $229.42 | $229.42 | | | |
| Pay Frequency Totals: Biweekly | | 2,172.24 | $27,128.16 | $3,397.59 | $229.42 | $23,730.57 | | $2,075.29 | $29,203.45 |
| Total Net Pays for Biweekly frequency: 35 | | | | | | | | | |
| Company Totals: | | 2,172.24 | $27,128.16 | $3,397.59 | $229.42 | $23,730.57 | | $2,075.29 | $29,203.45 |
| Total Net Pays for Company: 35 | | | | | | | | | |

Company: HUFFERMEN INC  
Check date: 12/7/2018 - Payroll 1  
Pay Period: 11/18/2018 to: 12/01/2018

2 of 2

Date Printed: 12/06/2018 16:54  
21405623 - RQ/44M